IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SANDRA H.,[1]

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 6:21-cv-01364-YY

ORDER

---

    Based on the stipulation of the parties and Plaintiff's application, it is ORDERED that attorney fees in the amount of $6,071.26 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. The parties agree that Plaintiff has assigned the EAJA attorney fees to Plaintiff's attorney. The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check for attorney fees shall be made payable to Plaintiff's

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the nongovernmental party in this case.

ORDER - 1

attorney, Laurie B. Mapes.  If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff.  The check, regardless of the named payee, shall be mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056.

DATED this 20th day of March, 2023.

\_\_\_/s/ Youlee Yim You_____
Youlee Yim You
United States Magistrate Judge

SUBMITTED BY:

s/ Laurie B. Mapes
Laurie B. Mapes
OSB # 841670
(503) 543-2900
Attorney for Plaintiff

ORDER - 2